OPINION — AG — (1) AN ACTION FOR THE TERMINATION OF PARENTAL RIGHTS MUST BE SEPARATE AND DISTRICT FROM AN ACTION FOR ADOPTION WITHOUT CONSENT OF A PARENT (OR PARENTS), AND THE FORMER MUST HAVE BECOME FINAL PRIOR TO THE RENDITION OF THE DECREE OF ADOPTION. (2) SECTION 2 OF THE "TERMINATION OF PARENTAL RIGHTS ACT" SUPRA, SETS FORTH PROVISIONS FOR THE TERMINATION OF HIS PARENTAL RIGHTS. SAID SECTION DOES NOT REQUIRE NOTICE OF THE ADOPTION PROCEEDING TO BE SERVED UPON A PARENT WHOSE RIGHTS HAVE BEEN TERMINATED UNDER THE ACT. CITE: 10 O.S. 1961 60.16 [10-60.16] 10 O.S. 1961 60.1-60.23 [10-60.1] — [10-60.23], 10 O.S. 1961 60.7 [10-60.7], 10 O.S. 1961 60.8 [10-60.8], 10 O.S. 1961 60.7 [10-60.7], 10 O.S. 1961 60.5 (1) [10-60.5], 10 O.S. 1961 60.16 [10-60.16] (TERRY SHIPLEY)